JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIQOPTICS, LLC, a California Limited Liability Company, and DAVID ZARRAONANDIA, an individual,<br><br>Defendants. | Case No.: CV 11-3611-VBF (JEMx)<br><br>ORDER FOR DISMISSAL |

This case having come before this Court, upon the pleadings, and it being represented to the Court that Plaintiff, Red.com, Inc. dba Red Digital Camera (hereinafter referred to as "Red") and Defendants, Uniqoptics, LLC and David Zarraonandia, (hereinafter collectively referred to as "Defendants") have settled their differences with respect to the matters in dispute by way of a separate agreement between the parties. On the consent of the parties and their attorneys, and good cause having been shown,

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED**:

That all claims, counterclaims and defenses of Red and Defendants are dismissed with prejudice.

DATED: 12-21-11

Valerie Baker Fairbank

U.S. DISTRICT COURT JUDGE